Dean A. Christopherson, Esq. (SBN 121723)
**DAWE & CHRISTOPHERSON LLP**
1111 Civic Drive, Suite 380
Walnut Creek, CA 94596
Telephone: (925)256-6677
Facsimile: (925)256-6678
email: dac@calaw.com

Attorneys for Defendant U.S. Bank, National Association,
　　As Trustee for the Structured Asset Investment Loan Trust
　　2006-2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JESUS LOPEZ,** | No. C09-02836-WHA |
| **Plaintiff,** | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE DATE, AND RELATED OBLIGATIONS, AND CONTINUING DATES FOR COMPLIANCE WITH FRCP 26 OBLIGATIONS** |
| vs. | |
| **U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST, 2006-2 ET AL,** | |
| | [Local Rule 16-2(d)] |
| **Defendants.** | |

Having reviewed the ex parte application of Defendant U.S. Bank National Association, as Trustee for The Structured Asset Investment Loan Trust, 2006-2 ("USB") for the relief provided herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that

1. The Initial Case Management Conference in this matter shall be continued from October 15, 2009 to _November 19, 2009_____, at 11:00 a.m. in Courtroom 9, located on the 19th Floor of the United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California, and,

2. ~~Plaintiff and USB shall meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan no later than _____, and~~

1    ~~3. A Rule 26(f) report shall be filed, complete initial disclosures shall be made, (unless~~

2    ~~statement of objections is made in the Rule 26(f) report), and the Case Management~~

3    ~~Statement shall be filed on or before _____.~~

4   2. All initial disclosure deadlines are **EXTENDED** accordingly.

5   3. Please file a joint case management statement at least seven days prior to the case management conference.

7 Dated: October 1, 2009.

                                        William H. Alsup
                                        United States District Judge

