IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ,<br><br>       Plaintiff,<br><br>  v.<br><br>US BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST, 2006-2, ET AL.,<br><br>       Defendant.<br>                                                            / | No. C 09-02836 WHA<br><br>**ORDER TO SHOW CAUSE** |

      Defendant filed a motion to dismiss the claims against it in this action. The motion is scheduled to be heard on November 19, 2009. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on October 29, 2009, but no such opposition has been received. Plaintiff is **ORDERED** to respond by **NOON ON THURSDAY, NOVEMBER 12, 2009**, and show cause for his failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition.

      **IT IS SO ORDERED.**

Dated: November 9, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE