United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ, | No. C 09-02836 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING AND TO SHOW CAUSE** |
| US BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST, 2006-2, ET AL., | |
| Defendant. | |

Defendant filed a motion to dismiss the claims against it in this action. The motion is scheduled to be heard on November 19, 2009. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on October 29, 2009, but no such opposition has been received. Plaintiff was ordered to respond by November 12, 2009, and show cause for his failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). Plaintiff has not responded to the order to show cause. Because plaintiff is *pro se*, out of an abundance of caution he will be given another chance to respond. The hearing on November 19, 2009, is hereby **VACATED**. Plaintiff is ordered to show cause for his failure to respond to the motion or

alternately to file a statement of nonopposition to the motion on or before November 30, 2009.

**IT IS SO ORDERED.**

Dated: November 13, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE