**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS LOPEZ,

    Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST, 2006-2, DOES 1–10,

    Defendants.

No. C 09-02836 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference, currently set for November 19, 2009, at 2:00 p.m., is **CONTINUED** to **DECEMBER 10, 2009, AT 11:00 A.M.** A joint case management statement is due at least seven days prior.

    **IT IS SO ORDERED.**

Dated: November 16, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE