United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ, | No. C 09-02836 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| US BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST, 2006-2, ET AL., | |
| Defendant. | |

On September 4, 2009, defendant filed a motion to dismiss which was noticed for a hearing on November 19, 2009. Although plaintiff's response was due on October 29, 2009, a response was not provided. Because plaintiff is *pro se*, the Court provided him with additional time and extended the opposition deadline to November 12, 2009. Again, no response was provided. Out of an abundance of caution, plaintiff was provided with one more chance to file an opposition or statement of nonopposition with a deadline of November 30, 2009. Yet again, the deadline has passed and plaintiff has not provided a response.

As described, plaintiff has repeatedly failed to respond in a timely fashion. Due to

plaintiff's failure to prosecute, this action will be **DISMISSED WITHOUT LEAVE TO AMEND**. Judgment shall be entered.

**IT IS SO ORDERED.**

Dated: December 2, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE